ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| W. M. Schlosser Co., Inc. | ) | ASBCA No. 63964-ADR |
| | ) | |
| Under Contract No. FIRPG211113 | ) | |

APPEARANCE FOR THE APPELLANT:      Seth A. Robbins, Esq.
         Robbins Law Group PLLC
         Arlington, VA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey Weinstein, Esq.
         Chief Counsel
         Washington Metropolitan Area
          Transit Authority
         Washington, DC

         Attison L. Barnes III, Esq.
         George E. Petel, Esq.
         Wiley Rein LLP
         Washington, DC

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 17, 2025

_____
DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63964-ADR, Appeal of W. M. Schlosser Co., Inc., rendered in conformance with the Board's Charter.

Dated:  June 17, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals